```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**WILLIAM FIGUEROA,**

                **Petitioner,**       20cv3013 (JGK)

    - against -                 ORDER

**KEYSER,**

                **Respondent.**

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The petitioner should respond to the respondent's letter dated April 29, 2020 by May 11, 2020. The respondent may reply by May 14, 2020.

    Chambers will mail a copy of this order to the pro se petitioner.

**SO ORDERED.**
**Dated:**    **New York, New York**
            **April 30, 2020**         _____/s/ John G. Koeltl_____
                                                      **John G. Koeltl**
                                      **United States District Judge**