```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**WILLIAM FIGUEROA,**                                              20cv3013 (JGK)

        Petitioner,                        <u>ORDER</u>

  - against -

**KEYSER,**

        Respondent.

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The petitioner has submitted letters dated May 7, 2020, May 8, 2020, and May 11, 2020. The letters indicate copies were served on the respondent. The letters are not filed on ECF. The respondent should file those letters on ECF. The respondent's time to reply is extended to May 25, 2020. Chambers will mail a copy of this order to the <u>pro se</u> petitioner.

**SO ORDERED.**

**Dated:**    New York, New York
           May 18, 2020        <u>/s/ John G. Koeltl</u>
                                   John G. Koeltl
                           United States District Judge