```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
――――――――――――――――――――――――――――――

**WILLIAM FIGUEROA,**

                Petitioner,          20-cv-3013 (JGK)

    - against -                      <u>ORDER</u>

**KEYSER,**

                Respondent.

――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The petitioner was asked to confirm by December 18, 2020, whether he had exhausted all state court remedies, but has failed to do so. The respondent should advise the Court by February 5, 2021 whether the petitioner has exhausted all state court remedies.

**SO ORDERED.**

Dated:    **New York, New York**
            **January 27, 2021**        <u>/s/ John G. Koeltl</u>
                                                **John G. Koeltl**
                                       **United States District Judge**