```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------

WILLIAM FIGUEROA,

              Petitioner,         20-cv-3013 (JGK)

    - against -              ORDER

KEYSER,

              Respondent.

-------------------------------------------

**JOHN G. KOELTL, District Judge:**

The state had advised that the petitioner has not exhausted his available state court remedies. The petition will remain, stayed pending the exhaustion of the petitioner's state court remedies. The parties should advise the Courts within 14 days after the exhaustion of state court remedies.

**SO ORDERED.**

Dated:    New York, New York
           February 4, 2021      /s/ John G. Koeltl
                                        John G. Koeltl
                              United States District Judge