```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**WILLIAM FIGUEROA,**

              Petitioner,         20-cv-3013 (JGK)

    - against -                    <u>ORDER</u>

**KEYSER,**

              Respondent.

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties have now confirmed that the plaintiff has not yet exhausted his state court remedies. Therefore, his petition for habeas corpus will remain stayed, while he completes exhaustion of his administrative remedies.

    The petitioner has sent a letter complaining about the conditions of his confinement, and more particularly how his prison is dealing with the dangers of COVID-19. These are not issues that are relevant to his pending habeas corpus proceeding or to his exhaustion of administrative remedies. The petitioner may seek relief in other proceedings related to those complaints.

**SO ORDERED.**

**Dated:**    New York, New York
            February 19, 2021       _____/s/ John G. Koeltl_____
                                                              **John G. Koeltl**
                                                **United States District Judge**