UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

WILLIAM FIGUEROA,                     20-cv-3013 (JGK)

                Petitioner,       ORDER

    - against -

KEYSER,

                Respondent.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter from the petitioner. The respondent should advise the Court whether the petitioner has now exhausted his state court remedies, and should explain the status of the briefing at this point. The Court will mail a copy of this Order to the petitioner.

SO ORDERED.

Dated:   New York, New York
        September 14, 2021

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/21

Copy mailed to pro se party(ies) at docket address

William Figueroa-91-A-2142
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, NY 12733



September 7, 2021

Hon. John G. Koeld
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Street
New York, New York 10007

Re: Figueroa v. Keyser,
No. 20 Civ. 3013 (JGK)(RWL)

Dear Hon. Koeltl:

PLEASE TAKE NOTICE that, I am petitioner William Figueroa, and respectfully states and alleges as followed:

On September 7, 2021 The New York Court of Appeals denied Petitioner's motion to leave to appeal. See: People ex rel William Figueroa, 2021 WL 3926002 (2021). (See Attached here).

I am respectfully now being timely informing this Court of that decision and that I petitioner be removed from stay, in moving to reopen my prior writ of habeas corpus, pursuant to 28 U.S.C. §2254 (Covid-19) motion before this court due to the State Court of Appeals finial decision in which now I have exhausted my claim in State Court.

Thank you for your time and consideration in this matter.

Respectfully submitted,

William Figueroa

Cc: Mr. Mathew Keller
Assistant Attorney General
28 Liberty Street
New York, NY 10005

2021 WL 3926002
Unpublished Disposition
NOTE: THIS OPINION WILL NOT APPEAR IN A PRINTED VOLUME. THE DISPOSITION WILL APPEAR IN THE REPORTER. This motion is uncorrected and subject to revision before publication in the printed Official Reports.
Court of Appeals of New York.

The People etc. ex rel. William Figueroa, Appellant,

v.

William Keyser, etc., Respondent.

2021-412

September 2, 2021

**Opinion**

*1 Motion for leave to appeal denied.

**All Citations**

Slip Copy, 2021 WL 3926002 (Table), 2021 N.Y. Slip Op. 70966

End of Document

© 2021 Thomson Reuters. No claim to original U.S. Government Works.