```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

WILLIAM FIGUEROA,                                    20-cv-3013 (JGK)

                       Petitioner,         <u>ORDER</u>

    - against -

KEYSER,

                       Respondent.

**JOHN G. KOELTL**, District Judge:

    In view of the fact that the parties agree that the petitioner has exhausted his state court remedies, the respondent should provide a response to any outstanding arguments in this case, and the petitioner should have a final opportunity to reply, at which point the petition will be fully briefed.

    The respondent should submit any further papers by **Friday, October 22, 2021**. The petitioner should reply within **30 days of his receipt** of the respondent's papers.

    The Court will mail a copy of this Order to the petitioner.

**SO ORDERED.**

Dated:    New York, New York
            September 21, 2021

                                              John G. Koeltl
                                   United States District Judge