UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM FIGUEROA,

                Petitioner,

- against -

KEYSER,

                Respondent.

20-cv-3013 (JGK)

ORDER

> Copy mailed to pro se party(ies) at docket address

---

**JOHN G. KOELTL, District Judge:**

In its brief that is due October 22, 2021, the respondent should address whether this petition is a second or successive petition requiring transfer to the Second Circuit Court of Appeals. The respondent should address the petitioner's COVID-19 claim as well as his allegations that the prosecution violated its disclosure obligations during the underlying state-court proceedings.

The Court will mail a copy of this Order to the petitioner.

**SO ORDERED.**

Dated:     New York, New York
             October 4, 2021

                                            John G. Koeltl
                                  United States District Judge