UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM FIGUEROA,

                    Petitioner,

      - against -

KEYSER,

                    Respondent.

20-cv-3013 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Counsel for the respondent should submit one set of paper courtesy copies of all papers filed in connection with the petitioner's petition for habeas corpus, which is now fully briefed.

    The Clerk is directed to mail a copy of this Order to the petitioner and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           December 10, 2021

                            John G. Koeltl
                       United States District Judge