

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

CRIMINAL APPEALS AND  
FEDERAL HABEAS CORPUS BUREAU

December 14, 2021

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
12/14/21

*By Electronic Filing*

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *Figueroa v. Keyser*, 20-cv-3013 (JGK)

Dear Judge Koeltl:

    I represent the respondent in this habeas corpus matter filed under 28 U.S.C. § 2254. Pursuant to the Court's December 10, 2021 Order that I submit courtesy copies of the parties' relevant docket filings, I write to request access to one of those filings, ECF No. 24, which was filed under seal.

    When my predecessor, Matthew Keller, responded to the habeas petition in June 2020, he filed the State Court Record, ECF No. 24, and several other documents under seal. Mr. Keller has since left the office, and this case was reassigned to me in September 2021. I have been able to obtain from Mr. Keller's office directory all of the documents he filed under seal except for ECF No. 24. I am unable to access it on the Court's docket because I was not attorney of record when the document was filed. I therefore request that the Court issue an order granting me access to ECF No. 24.

    Thank you for your consideration.

                                                   Respectfully submitted,

/s/ *Margaret A. Cieprisz*
Margaret A. Cieprisz
Assistant Attorney General
MC-4599
Margaret.Cieprisz@ag.ny.gov
(212) 416-8620

cc: William Figueroa
91-A-2142
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, New York 12733