UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM FIGUEROA,

                Petitioner,         20 **CIVIL** 3013 (JGK)

    -against-                        **JUDGMENT**

KEYSER,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 17, 2023, the Petition is denied without prejudice to the petitioner's ability to seek permission from the Court of Appeals to file a second or successive petition challenging his underlying conviction. The Court declines to issue a certificate of appealability because the petitioner has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253; accordingly, the case is closed.

**DATED:** New York, New York
          October 18, 2023

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court

                          **BY:**

                                                    **Deputy Clerk**